**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 1/27/2021
```

NINA SCHERR,

                                    Plaintiff,                              **20-CV-04422 (AT)(SN)**

                    -against-                                                **ORDER**

**SPECTRUM SCIENCE COMMUNICATIONS,**
**INC., et al.,**

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Tuesday, January 26, 2021, the Honorable Analisa Torres assigned this matter to my

docket for general pretrial supervision. In light of the Court's busy calendar, settlement

conferences must generally be scheduled at least six to eight weeks in advance. The Court will

likely be unable to accommodate last-minute requests for settlement conferences, and the parties

should not anticipate that litigation deadlines will be adjourned in response to late requests for

settlement conferences. The parties are directed to contact Courtroom Deputy Rachel Slusher by

email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule

a settlement conference for a time when they believe it would be productive.

        The parties should assume that the settlement conference will be conducted by telephone

using a platform that will allow the Court to hold confidential conversations with counsel and the

party representative(s) for each side.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        January 27, 2021
              New York, New York