UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------×

NINA SCHERR,

          *Plaintiff,*

v.

SPECTRUM SCIENCE COMMUNICATIONS, INC. and MICHELLE STRIER,

          *Defendants.*

----------------------------------------------------------------------×

20-CV-04422

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    Defendants Spectrum Science Communications, Inc. and Michelle Strier and Plaintiff Nina Scherr, by and through their undersigned counsel, hereby stipulate and agree that the above captioned action is voluntarily dismissed, with prejudice, against all Defendants, and without any award of fees or costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date:  New York, New York
        January 27, 2021

**YOUNG & MA LLP**

_____
Tiffany Ma, Esq.
*Attorneys for Plaintiff Nina Scherr*
575 Lexington Avenue, Fourth Floor
New York, NY 10022
Tel: 212-971-9773
Fax: 212-600-2301
tma@youngandma.com

**ISLERDARE PC**

_____
Amy E. Smith, Esq.
*Attorneys for Defendants Spectrum Science Communications, Inc. and Michelle Strier*
1111 East Main Street, Suite 1605
Richmond, Virginia 23219
(804) 489-5509
asmith@islerdare.com